AO 247 (Rev. 11/11:CASD 05/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 20CR03124-LAB-1 |
| Jose Gambino-Ruiz | ) USM No: 89177308 |
| | ) |
| Date of Original Judgment: 12/16/2021 | ) |
| Date of Previous Amended Judgment: | ) Payam Fakharara |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 63 months **is reduced to** 51 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/16/2021 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/20/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Larry Alan Burns, U.S. District Judge
*Printed name and title*